

# Oregon State Bar

# Certificate

State of Oregon            )
                           ) ss.
County of Washington       )

I, Linn D. Davis, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**DEVON ZASTROW NEWMAN**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 4, 2001.

There is a complaint presently pending against this member. A decision on the merits of this matter has not yet been made.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Newman is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 25th day of July, 2013.

_____
Linn D. Davis
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222   toll-free in Oregon (800) 452-8260  Regulatory Services fax (503) 968-4457    www.osbar.org

# CERTIFICATION OF CURRENT STATUS

August 5, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Devon Zastrow Newman**, WSBA ID# **36462** was admitted to the practice of law in this state by the Supreme Court of Washington on **July 19 2005**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA