Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROLIFIQ SOFTWARE INC., )
                       )   Case No: CV-13-3644-LB
           Plaintiff(s), )
                       )   **APPLICATION FOR**
     v.                )   **ADMISSION OF ATTORNEY**
                       )   **PRO HAC VICE** : ORDER
VEEVA SYSTEMS INC.,    )   (CIVIL LOCAL RULE 11-3)
                       )
           Defendant(s). )

I, David W. Axelrod, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Prolifiq Software, Inc. in the above-entitled action. My local co-counsel in this case is Nicholas A. Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1211 S.W. 5th Avenue, Ste 1600<br>Portland, OR 97204 | 4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111-5983 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (503) 796-2906 | (415) 655-1271 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| daxelrod@schwabe.com | brownn@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 750231 (OR).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/09/13

David W. Axelrod
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of David W. Axelrod is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 13, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE