Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., <br><br> Plaintiff(s), <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant(s). | Case No: CV-13-3644-LB <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, Devon Zastrow Newman, an active member in good standing of the bar of Oregon, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Prolifiq Software, Inc. in the above-entitled action. My local co-counsel in this case is Nicholas A. Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1211 S.W. 5th Avenue, Ste 1600 <br> Portland, OR 97204 | 4 Embarcadero Center, Suite 3000 <br> San Francisco, CA 94111-5983 |
| My telephone # of record: <br> (503) 796-2944 | Local co-counsel's telephone # of record: <br> (415) 655-1271 |
| My email address of record: <br> dnewman@schwabe.com | Local co-counsel's email address of record: <br> brownn@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 014627 (OR).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/09/13

Devon Zastrow Newman
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Devon Zastrow Newman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 13, 2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                         *October 2012*