KEKER & VAN NEST LLP
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
ANDREW DAWSON - # 264421
adawson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
Veeva Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>VEEVA SYSTEMS INC.,<br><br>         Defendant. | Case No. 13-cv-3644 LB<br><br>**NOTICE OF APPEARANCE OF CHRISTA M. ANDERSON**<br><br>Date Filed:  August 6, 2013<br><br>Trial Date:  Not Yet Set |

PLEASE TAKE NOTICE that attorney Christa M. Anderson of Keker & Van Nest, member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Veeva Systems, Inc.

Dated: September 20, 2013                                KEKER & VAN NEST LLP

                                          By:   */s/ Christa M. Anderson*
                                                CHRISTA M. ANDERSON
                                                EUGENE M. PAIGE
                                                ANDREW DAWSON

                                                Attorneys for Defendant
                                                Veeva Systems Inc.