| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | CHRISTA M. ANDERSON - # 184325 |
| 2 | canderson@kvn.com |
| | EUGENE M. PAIGE - # 202849 |
| 3 | epaige@kvn.com |
| | ANDREW DAWSON - # 264421 |
| 4 | adawson@kvn.com |
| | 633 Battery Street |
| 5 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 6 | Facsimile: 415 397 7188 |

Attorneys for Defendant
Veeva Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., | Case No. 13-cv-3644 LB |
| Plaintiff, | **NOTICE OF APPEARANCE OF ANDREW DAWSON** |
| v. | Date Filed: August 6, 2013 |
| VEEVA SYSTEMS INC., | Trial Date: Not Yet Set |
| Defendant. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that attorney Andrew Dawson of Keker & Van Nest, member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Veeva Systems, Inc. |
| 2 | |
| 3 | |

Dated: September 20, 2013    KEKER & VAN NEST LLP

By:  */s/ Andrew Dawson*
CHRISTA M. ANDERSON
EUGENE M. PAIGE
ANDREW DAWSON

Attorneys for Defendant
Veeva Systems Inc.
---

1
NOTICE OF APPEARANCE OF ANDREW DAWSON
Case No. 13-cv-3644 LB

779238.01