| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER & VAN NEST LLP<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>EUGENE M. PAIGE - # 202849<br>epaige@kvn.com<br>ANDREW DAWSON - # 264421<br>adawson@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188 |
| 7 | Attorneys for Defendant<br>Veeva Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VEEVA SYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 13-cv-3644 LB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Filed: August 6, 2013<br><br>Trial Date: Not Yet Set |

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned certifies that Veeva Systems, Inc. ("Veeva") has no parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Shareholders of privately held Veeva Systems, Inc., including certain employees, officers, directors, and the following outside entity and individuals: Emergence Capital Partners II, L.P.; Craig Ramsey; Maja Ramsey.
2. The members of Veeva's Board of Directors, who are also shareholders: Peter P. Gassner, Mark Armenante; Ronald E.F. Codd; Gordon Ritter; Young Sohn; Kevin Spain.

Dated: September 20, 2013                                KEKER & VAN NEST LLP

                                                         By:  */s/ Christa M. Anderson*
                                                              CHRISTA M. ANDERSON
                                                              EUGENE M. PAIGE
                                                              ANDREW DAWSON

                                                              Attorneys for Defendant
                                                              Veeva Systems Inc.

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 13-cv-3644 LB

779239.01