KEKER & VAN NEST LLP
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
ANDREW DAWSON - # 264421
adawson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
Veeva Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant. | Case No. 13-cv-3644 LB <br><br> **DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** <br><br> Date Filed: August 6, 2013 <br><br> Trial Date: Not Yet Set |

DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No. 13-cv-3644 LB

784618.01

| | |
|---|---|
| 1 | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 1, 2013

KEKER & VAN NEST LLP

By: /s/ Christa M. Anderson
CHRISTA M. ANDERSON
EUGENE M. PAIGE
ANDREW DAWSON

Attorneys for Defendant
Veeva Systems Inc.

1

DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST
FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No. 13-cv-3644 LB

784618.01