KEKER & VAN NEST LLP
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
ANDREW DAWSON - # 264421
adawson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant and
Counter-claimant Veeva Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VEEVA SYSTEMS INC.,<br><br>　　　　Defendant. | Case No. 13-cv-3644 SI<br><br>**DEFENDANT VEEVA SYSTEMS INC.'S ADR CERTIFICATION**<br><br>Judge:　　Hon. Susan Illston<br><br>Date Filed: August 6, 2013<br>Trial Date: Not Yet Set |
| VEEVA SYSTEMS INC.,<br><br>　　　　Counter-claimant,<br><br>　　v.<br><br>PROLIFIQ SOFTWARE INC.,<br><br>　　　　Counter-defendant. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/1/13

KEKER & VAN NEST LLP

By: /s/ Christa M. Anderson
CHRISTA M. ANDERSON
EUGENE M. PAIGE
ANDREW DAWSON

Attorneys for Defendant and Counter-claimant Veeva Systems Inc.

Dated: 11/1/13

JOSH FADDIS

On behalf of Veeva Systems Inc.