| | |
|---|---|
| GREENBERG TRAURIG LLP<br>NICHOLAS A. BROWN - # 198210<br>brownn@gtlaw.com<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111-1809<br>Telephone: 415-655-1300<br>Facsimile: 415-707-2010<br><br>SCHWABE, WILLIAMSON & WYATT, P.C.<br>DAVID W. AXELROD (*pro hac vice*)<br>daxelrod@schwabe.com<br>DEVON ZASTROW NEWMAN (*pro hac vice*)<br>dnewman@schwabe.com<br>1211 S.W. 5th Avenue, Suite 1900<br>Portland, OR 97204<br>Telephone: 503-222-9981<br>Facsimile: 503-796-2900<br><br>Attorneys for Plaintiff and Counter-defendant<br>Prolifiq Software, Inc. | KEKER & VAN NEST LLP<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>EUGENE M. PAIGE - # 202849<br>epaige@kvn.com<br>ANDREW DAWSON - # 264421<br>adawson@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant and<br>Counter-claimant Veeva Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>VEEVA SYSTEMS INC.,<br><br>      Defendant.<br><br>VEEVA SYSTEMS, INC.,<br><br>      Counter-claimant,<br><br>    v.<br><br>PROLIFIQ SOFTWARE INC.,<br><br>      Counter-defendant. | Case No. 13-cv-3644 SI<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Judge: Hon. Susan Illston<br><br>Date Filed: August 6, 2013<br>Trial Date: Not Yet Set |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ■ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*)

_____

_____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ■ other requested deadline: <u>No later than 30 days after issuance of a *Markman* order.</u>

Dated: November 1, 2013         KEKER & VAN NEST LLP

                        By:   */s/ Christa M. Anderson*
                              CHRISTA M. ANDERSON
                              EUGENE M. PAIGE
                              ANDREW DAWSON

                              Attorneys for Defendant and
                              Counter-claimant Veeva Systems Inc.

Dated: November 1, 2013    By:   GREENBERG TRAURIG, LLP

                              */s/ Nicholas A. Brown*
                              NICHOLAS A. BROWN

                              Attorneys for Plaintiff and
                              Counter-defendant Prolifiq Software Inc.

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest that I have obtained concurrence from Nicholas Brown, counsel for Prolifiq, in the filing of this document.

Dated: November 1, 2013        */s/ Christa M. Anderson*

**[PROPOSED] ORDER**

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: _____        By: _____
                              SUSAN ILLSTON
                              United States District Judge