UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Prolific Software Inc.

        Plaintiff(s),

v.

Veeva Systems Inc.

        Defendant(s).

Case No. 3:13-CV-03644-LB

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/1/2013

Dated: 11/4/2013

Prolific Software
by: [signature]

[Party] SUSAN SMITH SENF
VP + CPO

[signature]
[Counsel]