```
1   NICHOLAS A. BROWN (SBN 198210)
    brownn@gtlaw.com
2   STEPHANIE D. AHMAN (SBN 284080)
    **GREENBERG TRAURIG, LLP**
3   4 Embarcadero Center, Suite 3000
    San Francisco, CA 94111-5983
4   Telephone: 415.655.1271
5   Facsimile: 415.520.5609

6   DAVID W. AXELROD *(pro hac vice)*
    axelrod@schwabe.com
7   DEVON ZASTROW NEWMAN *(pro hac vice)*
    dnewman@schwabe.com
8   **SCHWABE, WILLIAMSON & WYATT, P.C.**
9   1211 S.W. 5th Avenue, Suite 1900
    Portland, OR 97204
10  Telephone: 503.222.9981
    Facsimile: 503.796.2900
11

12  Attorneys for Plaintiff and Counter-defendant
    Prolifiq Software Inc.
13
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>VEEVA SYSTEMS INC., a Delaware corporation,<br><br>        Defendant.<br><br>VEEVA SYSTEMS, INC.<br><br>        Counter-claimant,<br><br>  v.<br><br>RPOLIFIQ SOFTWARE INC.,<br><br>        Counter-defendant. | Case No.: 3:13-CV-03644-SI<br><br>**NOTICE OF APPEARANCE OF COUNSEL – STEPHANIE D. AHMAD**<br><br><br><br>Date File:  August 6, 2013<br>Trial Date:  Not Yet Set |

# NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Stephanie D. Ahmad, of the law firm Greenberg Traurig, LLP., enters her appearance as counsel of record for Plaintiff, Prolifiq Software Inc.  Copies of all future pleadings, motions, and other papers filed in this matter should be served on the undersigned.

Dated:  November 15, 2013

                              **GREENBERG TRAURIG, LLP**

By:  /s/   *Stephanie D. Ahmad*
      Stephanie D. Ahmad

NICHOLAS A. BROWN (SBN 198210)
brownn@gtlaw.com
STEPHANIE D. AHMAD (SBN 284080)
ahmads@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone:    415.655.1300
Facsimile:      415.707-2010

DAVID W. AXELROD *(pro hac vice)*
daxelrod@schwabe.com
DEVON ZASTROW NEWMAN *(pro hac vice)*
dnewman@schwabe.com
**SCHWABE, WILLIAMSON & WYATT, P.C.**
1211 S.W. 5th Avenue, Suite 1900
Portland, OR 97204
Telephone:    503.222.9981
Facsimile:      503.796.2900

Attorneys for Plaintiff and Counter-defendant
Prolifiq Software Inc.