# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Prolifiq Software Inc.,<br>Plaintiff(s),<br>v.<br>Veeva Systems Inc.,<br>Defendant(s). | 13-03644 SI MED<br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Wayne D. Brazil**
JAMS
Two Embarcadero Center, 15th Floor
San Francisco, CA 94111

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: November 19, 2013

RICHARD W. WIEKING
Clerk
by: Alice M. Fiel

/s/

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California