UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/22/13

Case No.   C-13-3644 SI          Judge:   SUSAN ILLSTON

Title: PROLIFIQ SOFTWARE  -v- VEEVA SYSTEMS INC.,

Attorneys: Nicholas Brown, Stephanie Ahmad, Jeff Caus   Eugene Paige, Christa Anderson

Deputy Clerk:  Tracy Kasamoto Court Reporter: n/a

### PROCEEDINGS

1)   Initial Case Management Conference - HELD


Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                    PART

Case continued to **3/28/14  @ 3:00 p.m.** for Further Case Management Conference

Case continued to **7/25/14  @ 3:00 p.m.** for Further Case Management Conference

Case continued to     **@ 9:00 a.m.**   for Motions
(Motion due , Opposition   Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Deadline to file Amended Pleadings without leave of Court is 4/4/14.


12/6/13                                               Disclosure of Asserted Claims and Preliminary
                                                      Infringement Contentions (Pat.L.R. 3-1 &2)


2/3/14                                                Serve Preliminary Invalidity Contentions
                                                      (Pat.L.R. 3-3 &4).

| Date | Event |
|---|---|
| 2/17/17 | Parties Exchange Proposed Terms & Claim Elements (Pat.L.R. 4-1) |
| 3/7/14 | Parties Exchange Preliminary Claim Construction & Extrinsic Evidence (Pat.L.R. 4-2) |
| 4/4/14 | File Joint Claim Construction & Prehearing Statement (Pat.L.R. 4-3) |
| 5/5/14 | Completion of Claim Construction Discovery (Pat.L.R. 4-4) |
| 5/19/14 | File Opening Brief on Claim Construction (Pat.L.R. 4-5) |
| 6/2/14 | File Responsive Brief on Claim Construction (Pat.L.R. 4-5) |
| 6/9/14 | Reply Claim Construction Brief (Pat L.R. 4.5c) |
| 6/18/14 @ 3:30 p.m. | Tutorial |
| 6/25/14 @ 3:30 p.m. | Claim Construction Hearing |