# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Prolifiq Software Inc.,<br>Plaintiff(s),<br>v.<br>Veeva Systems Inc.,<br>Defendant(s). | No. C 13-03644 SI MED<br>**Certification of ADR Session** |

***Instructions:*** ***The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes.***

1 I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 1/16/14

2. Did the case settle?

☐ Yes, fully.

☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

☐ Yes, partially, and further facilitated discussions are *not* expected.

☒ No, and further facilitated discussions are expected. (see no. 3, below)

☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? 2/16/14

**4. IS THIS ADR PROCESS COMPLETE?** ☐ **YES** ☒ **NO**

Dated: 1/16/14

Wayne D. Brazil

Mediator, Wayne D. Brazil
JAMS
Two Embarcadero Center, 15th Floor
San Francisco, CA 94111

United States District Court
Northern District of California