NICHOLAS A. BROWN (SBN 198210)
brownn@gtlaw.com
STEPHANIE D. AHMAD (SBN 284080)
ahmads@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415.655.1271
Facsimile: 415.520.5609

Attorneys for Plaintiff and Counter-defendant Prolifiq Software Inc.

CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
ANDREW DAWSON - # 264421
adawson@kvn.com
**KEKER & VAN NEST LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant and Counter-claimant Veeva Systems Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., an Oregon corporation,<br><br>Plaintiff & Counter-defendant.<br><br>v.<br><br>VEEVA SYSTEMS INC., a Delaware corporation,<br><br>Defendant & Counter-claimant. | Case No.: 3:13-CV-03644-SI<br><br>STIPULATION OF DISMISSAL OF CLAIMS REGARDING U.S. PATENT NOS. 7,707,317, 7,966,374, and 8,171,077 |

Prolifiq and Veeva each hereby stipulate and agree to dismiss without prejudice their claims regarding U.S. Patent Nos. 7,707,317, 7,966,374, and 8,171,077 in this matter.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 31, 2014

GREENBERG TRAURIG, LLP

By: /s/ Nicholas A. Brown
NICHOLAS A. BROWN

Attorneys for Plaintiff and
Counter-Defendant Prolifiq Software Inc.

Dated: January 31, 2014

KEKER & VAN NEST LLP

By: /s/ Eugene M. Paige (*by permission*)
CHRISTA M. ANDERSON
EUGENE M. PAIGE
ANDREW DAWSON

Attorneys for Defendant and
Counter-claimant Veeva Systems Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1/31/14



Honorable Susan Illston