KEKER & VAN NEST LLP
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
KHARI J. TILLERY - # 215669
ktillery@kvn.com
ANDREW DAWSON - # 264421
adawson@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant and
Counter-claimant Veeva Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> VEEVA SYSTEMS INC., <br><br> Defendant. <br><br> VEEVA SYSTEMS, INC., <br><br> Counter-claimant, <br><br> v. <br><br> PROLIFIQ SOFTWARE INC., <br><br> Counter-defendant. | Case No. 13-cv-3644 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR VEEVA SYSTEMS, INC. TO RESPOND, IF AT ALL, TO PROLIFIQ SOFTWARE, INC.'S PUTATIVE AMENDED PLEADING** <br><br> Date Filed:  August 6, 2013 <br> Trial Date:   Not Yet Set |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR VEEVA TO
RESPOND, IF AT ALL, TO PROLIFIQ'S PUTATIVE AMENDED PLEADING
Case No. 13-cv-3644 SI

816564

1  WHEREAS, on April 4, 2014, Prolifiq Software, Inc. ("Prolifiq") filed a pleading titled "Third Amended Complaint for Damages for Patent Infringement and Misappropriation of Trade Secrets" ("amended pleading") (Dkt. No. 48);

WHEREAS, the parties disagree about whether Prolifiq's filing of the amended pleading was proper under Federal Rule of Civil Procedure 15 in light of the Court's Scheduling Order (Dkt. No. 35), which states "Deadline to file Amended Pleadings without leave of Court is 4/4/14";

WHEREAS, the parties are actively attempting to resolve this and related disputes without intervention by the Court, but recognize that such intervention may be necessary;

WHEREAS, if Prolifiq's filing of the amended pleading was proper, Veeva Systems, Inc.'s ("Veeva") response would be due on April 18, 2014;

IT IS STIPULATED, BY AND THROUGH COUNSEL OF RECORD, THAT:

Veeva is not required to respond to the amended pleading, if at all, until 3 days after the resolution of the parties' dispute, either by agreement or Court order.

Dated: April 18, 2014      KEKER & VAN NEST LLP

By: */s/ Khari J. Tillery*
CHRISTA M. ANDERSON
EUGENE M. PAIGE
KHARI J. TILLERY
ANDREW DAWSON

Attorneys for Defendant and
Counter-claimant Veeva Systems Inc.

Dated: April 18, 2014   By:   GREENBERG TRAURIG, LLP

*/s/ Nicholas A. Brown*
NICHOLAS A. BROWN
STEPHANIE D. AHMAD

Attorneys for Plaintiff and
Counter-defendant Prolifiq Software Inc.

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR VEEVA TO
RESPOND, IF AT ALL, TO PROLIFIQ'S PUTATIVE AMENDED PLEADING
Case No. 13-cv-3644 SI

816564

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Khari J. Tillery, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR VEEVA SYSTEMS, INC. TO RESPOND, IF AT ALL, TO PROLIFIQ SOFTWARE, INC.'S PUTATIVE AMENDED PLEADING.  In compliance with N.D. Cal. Civ. L. R. 5-1(i)(3), I attest that I have obtained the concurrence of each signatory to this document.

Dated:  April 18, 2014

                                            */s/ Khari J. Tillery*
                                              Khari J. Tillery

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____

                                              SUSAN ILLSTON
                                              United States District Judge

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR VEEVA TO
RESPOND, IF AT ALL, TO PROLIFIQ'S PUTATIVE AMENDED PLEADING
Case No. 13-cv-3644 SI

816564