1  NICHOLAS A. BROWN (SBN 198210)
     brownn@gtlaw.com
2  STEPHANIE D. AHMAD (SBN 284080)
     ahmads@gtlaw.com
3  **GREENBERG TRAURIG, LLP**
4  4 Embarcadero Center, Suite 3000
   San Francisco, CA 94111-5983
5  Telephone: 415.655.1271
   Facsimile: 415.520.5609
6
7  Attorneys for Plaintiff Prolifiq Software Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>VEEVA SYSTEMS INC., a Delaware corporation,<br><br>        Defendant. | Case No.: 3:13-CV-03644-SI<br><br>**PROLIFIQ'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1       Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Prolifiq Software Inc. ("Prolifiq") submits this administrative motion for an order to seal the following two exhibits to the Declaration of Nicholas A. Brown in support of the May 9, 2014 Joint Discovery Letter ("Brown Decl."):

      1.      Exhibit A (Prolifiq's Trade Secret Disclosure).

      This document contains proprietary and confidential information that includes Prolifiq's trade secrets and that Prolifiq has designated as HIGHLY CONFIDENTIAL under the Protective Order in this case. *See* Brown Decl. at ¶ 8. This request is narrowly tailored to seek sealing only of sealable material, because Prolifiq's Trade Secret Disclosure is confidential in its entirety.

      2.      Exhibit B (Veeva's May 1 2014 letter).

      This document contains proprietary and confidential information that includes Prolifiq's trade secrets and that Prolifiq has designated as HIGHLY CONFIDENTIAL under the Protective Order in this case. *See* Brown Decl. at ¶ 10. This request is narrowly tailored to seek sealing only of sealable material, because Prolifiq moves to seal only the confidential (redacted) portions of this document.

DATED: May 9, 2014                              **GREENBERG TRAURIG, LLP**

                                                        By:   */s/ Nicholas A. Brown*

                                                        Nicholas A. Brown
                                                        Stephanie D. Ahmad

                                                        Attorneys for Plaintiff Prolifiq Software Inc.