NICHOLAS A. BROWN (SBN 198210)
 brownn@gtlaw.com
STEPHANIE D. AHMAD (SBN 284080)
 ahmads@gtlaw.com
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415.655.1271
Facsimile: 415.520.5609

Attorneys for Plaintiff Prolifiq Software Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>VEEVA SYSTEMS INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:13-CV-03644-SI<br><br>**[PROPOSED] SEALING ORDER** |

Pursuant to Prolifiq Software Inc.'s Administrative Motion to File Document Under Seal and the Declaration of Nicholas A. Brown in support of that Motion, both dated May 9, 2014, IT IS SO ORDERED that Exhibit A, Prolifiq's Trade Secret Disclosure that Prolifiq served on April 24, 2014, and Exhibit B, the letter that Veeva sent on May 1, 2014 objecting to the sufficiency of Prolifiq's Trade Secret Disclosure, are subject to sealing and shall be sealed by the Clerk of the Court.

**Civil L.R. 79-5(d)(1)(B) Table of documents to be sealed:**

| DOCUMENT TO BE SEALED | DISPOSITION |
|---|---|
| 1. Exhibit 1-A to the Declaration of Douglas Weider in Support of Apple's Motion to Strike Infringement Theories From Emblaze's Infringement Expert Report. | GRANTED |
| 2. Exhibit 1-B to the Declaration of Douglas Weider in Support of Apple's Motion to Strike Infringement Theories From Emblaze's Infringement Expert Report. | GRANTED |

Dated:_____        _____
                                   Honorable Susan Illston
                                   Senior District Judge
                                   Northern District of California