| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | CHRISTA M. ANDERSON - # 184325 |
| 2 | canderson@kvn.com |
| | EUGENE M. PAIGE - # 202849 |
| 3 | epaige@kvn.com |
| | KHARI J. TILLERY – # 215669 |
| 4 | ktillery@kvn.com |
| | ANDREW DAWSON - # 264421 |
| 5 | adawson@kvn.com |
| | SOPHIE HOOD - # 295881 |
| 6 | shood@kvn.com |
| | 633 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 8 | Facsimile: 415 397 7188 |

Attorneys for Defendant and
Counter-claimant Veeva Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC., | Case No. 13-cv-3644 SI |
| Plaintiff, | **NOTICE OF APPEARANCE OF SOPHIE HOOD** |
| v. | Judge: Hon. Susan Illston |
| VEEVA SYSTEMS INC., | Date Filed: August 6, 2013 |
| Defendant. | Trial Date: Not Yet Set |
| VEEVA SYSTEMS INC., | |
| Counter-claimant, | |
| v. | |
| PROLIFIQ SOFTWARE INC., | |
| Counter-defendant. | |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that attorney Sophie Hood of Keker & Van Nest LLP, member |
| 2 | of the State Bar of California and admitted to practice before this Court, hereby enters an |
| 3 | appearance as counsel on behalf of Defendant and Counter-claimant Veeva Systems Inc. |

Dated: June 11, 2014                                        KEKER & VAN NEST LLP

By: /s/ Sophie Hood
CHRISTA M. ANDERSON
EUGENE M. PAIGE
KHARI J. TILLERY
ANDREW DAWSON
SOPHIE HOOD
Attorneys for Defendant and
Counter-claimant Veeva Systems Inc.