**Tutorial - 25 minutes**
**Claim Construction: 56**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/17/14

Case No.   C-13-3644 SI           Judge:   SUSAN ILLSTON

Title: PROLIFIQ SOFTWARE   -v-  VEEVA SYSTEMS INC.,

Attorneys for Pltf:: Nicholas Brown, Sarah Barrows, Stephen, Ullmer, Stephanie Ahmad
Attorneys for Deft: Eugene Paige, Andrew Dawson, Sophie Hood, Christa Martine Anderson

Deputy Clerk:  Tracy Kasamoto Court Reporter: Joann Byrce

## PROCEEDINGS

1)   Further Case Management Conference - HELD

Order to be prepared by:  (  )Pltf   (  )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( x ) SUBMITTED
                                     PART

Case continued to _ for Further Case Management Conference

 Case continued to __ @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to __ @ **3:30 p.m.**  for Pretrial Conference

Case continued to __ @ **8:30 a.m.** for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: