IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROLIFIQ SOFTWARE INC, | No. C 13-03644 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| VEEVA SYSTEMS INC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 12, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2014.

DESIGNATION OF EXPERTS: 1/12/15; REBUTTAL: 1/30/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 13, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by February 27, 2015 ;

    Opp. Due March 13, 2015;  Reply Due March 20, 2015;

    and set for hearing no later than April 3, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 5, 2015 at 3:30 PM.

JURY TRIAL DATE: May 18, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall participate in private mediation and shall inform the Court of the date and time that mediation session is scheduled.
Parties to serve advice of counsel information (Pat. L.R. 3-7) on 9/25/14.

    The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/26/14

SUSAN ILLSTON
United States District Judge