| | |
|---|---|
| GREENBERG TRAURIG LLP<br>NICHOLAS A. BROWN - # 198210<br>brownn@gtlaw.com<br>SARAH BARROWS - # 253278<br>barrows@gtlaw.com<br>STEPHEN ULLMER - # 277537<br>ullmers@gtlaw.com<br>STEPHANIE D. AHMAD - # 284080<br>ahmads@gtlaw.com<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111-1809<br>Telephone:   415-655-1300<br>Facsimile:   415-707-2010<br><br>Attorneys for Plaintiff and<br>Counter-defendant Prolifiq Software Inc. | Keker & Van Nest LLP<br>CHRISTA M. ANDERSON - # 184325<br>canderson@kvn.com<br>EUGENE M. PAIGE - # 202849<br>epaige@kvn.com<br>KHARI J. TILLERY - # 215669<br>ktillery@kvn.com<br>ANDREW DAWSON - # 264421<br>adawson@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415-391-5400<br>Facsimile:   415-397-7188<br><br>Attorneys for Defendant and<br>Counter-claimant Veeva Systems Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROLIFIQ SOFTWARE INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>VEEVA SYSTEMS INC.,<br><br>      Defendant.<br><br>―――――――――――――――<br><br>VEEVA SYSTEMS INC.,<br><br>      Counter-claimant,<br><br>   v.<br><br>PROLIFIQ SOFTWARE INC.,<br><br>      Counter-defendant. | Case No. 13-cv-3644 SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:      Hon. Susan Illston<br><br>Date Filed: August 6, 2013<br>Trial Date: May 18, 2015 |

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, and pursuant to a settlement agreement, that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own fees and expenses.

Respectfully submitted,

Dated:  November 25, 2014                    KEKER & VAN NEST LLP,

By:   */s/ Christa M. Anderson*
      CHRISTA M. ANDERSON
      Attorneys for Defendant and
      Counter-claimant Veeva Systems Inc.

Dated:  November 25, 2014                    GREENBERG TRAURIG LLP

By:   */s/ Nicholas A. Brown*
      NICHOLAS A. BROWN
      Attorneys for Plaintiff and
      Counter-defendant Prolifiq Software Inc.

---

1
**STIPULATED DISMISSAL WITH PREJUDICE**
Case No. 13-cv-3644 SI

882585.01

| | |
|---|---|
| 1 | **CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES** |

I, Khari J. Tillery, am the ECF user whose ID and password are being used to file this STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii). In compliance with N.D. Cal. Civ. L. R. 5-1(i)(3), I attest that I have obtained the concurrence of each signatory to this document.

Dated: November 25, 2014

*/s/ Khari J. Tillery*
Khari J. Tillery

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED:  11/24/14

SUSAN ILLSTON
United States District Judge

---

2
**STIPULATED DISMISSAL WITH PREJUDICE**
Case No. 13-cv-3644 SI

882585.01